# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DOUGLAS,<br><br>    Petitioner,<br><br>  v.<br><br>B.W. PLUMLEY, Warden,<br><br>    Respondent. | Case No. 1:17-cv-01410-SKO HC<br><br>ORDER TRANSFERRING THIS CASE TO THE SACRAMENTO DIVISION OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

On October 19, 2017, Petitioner filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is in custody at the Federal Bureau of Prisons in Stockton, California, in San Joaquin County. San Joaquin County, California, is properly venued in the Sacramento Division of the Eastern District of California.

A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the warden of the institution in which the petitioner is confined. *Rumsfield v. Padilla*, 542 U.S. 426, 434 (2004). Because the habeas petition must be reviewed by the district court in the district where the petitioner is confined (*United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984)), this Court will transfer the petition to the Sacramento Division.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the Sacramento Division of United States District Court for the Eastern District of California.

IT IS SO ORDERED.

1

Dated: **November 7, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE