# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DOUGLAS,<br><br>    Petitioner,<br><br>  v.<br><br>B.W. PLUMLEY,<br><br>    Respondent. | Case No. 1:17-cv-01410-SKO  HC<br><br>ORDER VACATING: (1) TRANSFER OF ACTION TO SACRAMENTO DIVISION (Doc. 5) AND (2) ORDER REGARDING CONSENT (Doc. 6)<br><br>ORDER DIRECTING CLERK'S OFFICE TO CLOSE CASE 2:17-cv-02336-DB |

On November 8, 2017, the Court entered an order transferring the above entitled case to the Sacramento Division of the U.S. District Court for the Eastern District of California. (Doc. 5). Upon further review of Petitioner's filing, the Court has determined that the proper venue for the case is in the Fresno Division of the Eastern District.

Accordingly, the order transferring the action to the Sacramento Division of the Eastern District of California (Doc. 5) and the order regarding consent in case no. 2:17-cv-02336-DB (Doc. 6) are vacated.  The Clerk's Office is directed to close case 2:17-cv-02336-DB.

IT IS SO ORDERED.

Dated:  **November 8, 2017**          /s/ *Sheila K. Oberto*          
                                        UNITED STATES MAGISTRATE JUDGE

1